IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**LEO SPENCER TURNIPSEED**                                              **PLAINTIFF**

VS.                                                          CIVIL ACTION NO. 3:11cv275 TSL-MTP

**SKYHAWK TECHNOLOGIES, LLC, et al.**                        **DEFENDANTS**

### O R D E R

This cause came on this date to be heard upon the report and recommendation of the United States magistrate judge, and the court, having fully reviewed the report and recommendation entered in this cause on October 24, 2011, and being duly advised in the premises, finds that said report and recommendation should be adopted as the opinion of this court.

IT IS, THEREFORE, ORDERED that the report and recommendation of United States Magistrate Judge Michael T. Parker entered on October 24, 2011, be, and the same is hereby, adopted as the finding of this court.  Defendant's [2] and [6] motions to proceed in forma pauperis are denied.  Plaintiff is granted until December 23, 2011, to pay the filing fee in this cause.  This matter will be dismissed without prejudice if the filing fee is not paid by December 23, 2011, as set out herein.

IT IS SO ORDERED, this the 16th day of  November, 2011.

/s/Tom S. Lee
UNITED STATES DISTRICT JUDGE